# Exhibit 7

**Exhibit No. 7**

**Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com[1]**

    Accused products including Alarm.com's smart thermostats having demand response functionality (including the Alarm.com Smart Thermostat; the ADC-T2000; the ADC-T3000; and the Alarm.com Smart Thermostat B36-T10) and/or compatible with Alarm.com's load management software and network platform solutions (including Alarm.com subsidiary EnergyHub's Mercury Distributed Energy Resource Management System ("Mercury")) (the "Accused Products") infringe each element of the Asserted Claims of U.S. Patent No. 10,394,268 (the "'268 Patent"). Further, Alarm.com instructs its customers (including consumers and utilities) regarding the use of the Accused Products to enable the use of the features identified throughout this chart. Alarm.com intends and instructs that its customers use these features in a manner that practices each element of the Asserted Claims. The Accused Products infringe the '268 Patent when used with the Alarm.com network platform (including EnergyHub) or another network platform providing similar functionality. For example, the Accused Products infringe when used with the Alarm.com network platform including Alarm.com server and/or with another network platform providing similar functionality such as Itron. Plaintiff contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

---

[1] This claim chart is based on the information currently available to Plaintiff and is intended to be exemplary in nature. Plaintiff reserves all rights to update and elaborate their infringement positions, including as Plaintiff obtains additional information during the course of discovery.

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[a]. A method for managing an electric power flow within an electric power grid, comprising: | The Accused Products are a material and necessary component of, and are specifically designed to implement, the claimed method for managing electric power flow within an electric power grid, when installed and used as designed and as Alarm.com instructs, advertises and encourages both utilities and end users. The Accused Products manage power flow within an electric power grid, for example by controlling the flow of electric power to power consuming devices (*e.g.*, heating, ventilation, and air conditioning ("HVAC") units, air conditioning ("A/C") units, furnaces, boilers, pool pumps, hot water heaters, etc.) in conjunction with demand response programs for reducing power consumption.<br><br><br><br>EnergyHub, Homepage at 3.[2] |

<hr>

[2] All emphases and annotations have been added unless otherwise noted.

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.<br><br><br>WITHOUT FIRM LOAD DISPATCH     WITH FIRM LOAD DISPATCH<br><br>EnergyHub, Firm Load Dispatch at 3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load. <br><br> EnergyHub, Firm Load Dispatch at 5. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load.<br><br>We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel.<br><br>EnergyHub, Firm Load Dispatch at 7. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | EnergyHub, BYOD Thermostats at 5. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | **Building36** AN ALARM.COM COMPANY **EnergyHub** **PointCentral** AN ALARM.COM COMPANY <br><br> WATER AND ENERGY MANAGEMENT — Building36 provides advanced technology and connected devices that enable trade companies to efficiently deliver smart home solutions. Homeowners gain convenience and peace of mind knowing their smart home helps reduce energy costs, prevent water damage and avoid HVAC system failures. <br><br> UTILITIES & ENERGY SAVINGS — EnergyHub provides utilities a turn-key solution to manage distributed energy resources (DERs) at the grid edge. With the combination of EnergyHub's Mercury DERMS platform and customer-centric services, EnergyHub enables utilities to deploy and manage portfolios of DERs at scale. <br><br> MULTIFAMILY AND RENTAL HOUSING — PointCentral provides short and long-term residential property managers of single family and multi-family assets with an enterprise-class smart property platform that helps them drive operational efficiency, asset protection and resident amenities. <br><br> Alarm.com and EnergyHub were already working with utilities like San Diego Gas & Electric so the utility can leverage customers in its territory for demand response programs. <br><br> "As we go after larger utility programs, we're now representing a larger, more resourceful entity," said Seth Frader-Thompson, president of EnergyHub. <br><br> EnergyHub will continue to operate as an independent company within Alarm.com. <br><br> "We believe that EnergyHub's Mercury platform provides the best available solution for powering comprehensive residential demand response and energy efficiency programs," Steve Trundle, CEO of Alarm.com, said in a statement. <br><br> The Alarm.com Family at 2-4; Alarm.com Acquires EnergyHub for Home Energy Mgt at 2-3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | ENERGY STAR CERTIFIED **Smart Thermostats** **Alarm.com - Alarm.com Smart Thermostat : ADC-T3000** Specifications <table><tr><td>ENERGY STAR Partner:</td><td>Alarm.com Incorporated</td></tr><tr><td>Service Brand Name:</td><td>Alarm.com</td></tr><tr><td>Service Model Name:</td><td>Alarm.com Smart Thermostat</td></tr><tr><td>Service Model Number:</td><td>ADC-T3000</td></tr><tr><td>Thermostat Brand Owner:</td><td>Alarm.com</td></tr><tr><td>Thermostat Brand Name:</td><td>Alarm.com</td></tr><tr><td>Thermostat Model Name:</td><td>Alarm.com Smart Thermostat</td></tr><tr><td>Thermostat Model Number:</td><td>ADC-T3000</td></tr><tr><td>Standby Power (W):</td><td>0.03</td></tr><tr><td>Thermostat Heating and Cooling Control Features:</td><td>Time of Day Usage,Geofencing (User Device Based),Occupancy Sensor on Device,External Temperature Detection,Additional Home Temperature Sensor,Other,Humidity Sensing,Additional Occupancy Sensor</td></tr><tr><td>Thermostat Communication Method:</td><td>Z-Wave</td></tr><tr><td>Demand Response Summary:</td><td>Demand Response Services are available via Energy Hub</td></tr><tr><td>Date Available on Market:</td><td>2019-04-15</td></tr><tr><td>Date Certified:</td><td>2019-02-12</td></tr><tr><td>Markets:</td><td>United States, Canada</td></tr><tr><td>ENERGY STAR Certified:</td><td>Yes</td></tr></table> ADC-T3000 Energy Star Certified. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | **Which thermostats qualify for the program?**  Below is the current list of qualifying thermostats.<br><br>| Provider | Approved Thermostats |<br>|---|---|<br>| Alarm.com | Radio Thermostat CT30, CT80, CT100; Trane ComfortLink Control; RCS Z-Wave Communicating Thermostat; GoControl Z-wave Thermostat; Alarm.com Smart Thermostat; 2GIG Z-Wave Plus™ Battery Powered Thermostat; Trane Z-Wave Thermostat; Linear Thermostat |<br>| ecobee | ecobee3, ecobee3 Lite, ecobee4, ecobee Smart |<br>| Emerson | Sensi™ Wi-Fi Programmable Thermostat, Sensi Touch Wi-Fi Thermostat |<br>| Lux | LUX/GEO, LUX KONO |<br>| Nest | Nest Learning Thermostat, Nest Thermostat E |<br>| Radio Thermostat Company of America | Filtrete 3M-50, CT30, CT50, CT80 |<br>| Vivint | Radio Thermostat CT100 with Vivint Go!Control Panel |<br><br>eSmart Thermostat Program FAQ at 1. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | San Francisco and New York – Sept. 21, 2011 – Radio Thermostat Company of America (RTCoA) and EnergyHub™ Inc. today announced that RTCoA will transition to the advanced EnergyHub Mercury™ smart thermostat service as the native software platform for its line of wireless thermostats. The cloud-based Mercury platform unlocks the power of communicating thermostats by using advanced analytics and engaging user interfaces to optimize performance and increase energy efficiency. Paired with RTCoA wireless thermostats, the platform empowers end users to automate their heating and cooling systems through easy-to-use web and mobile interfaces, helping them save up to 20 percent on their energy bills while providing 24/7 access via any web or mobile connection. <br><br> Press release, EnergyHub Unveils Mercury 3.0 at 1. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[b]. a client device receiving a power control message from a load management server, | The Accused Products include a client device that receives power control messages (*e.g.*, demand response event messages) from a load management server (*e.g.*, Alarm.com server) and Alarm.com specifically designed, advertises, and markets the Accused Products for such.<br><br><br><br>EnergyHub, Homepage at 2-3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.<br><br><br><br>WITHOUT FIRM LOAD DISPATCH          WITH FIRM LOAD DISPATCH<br><br>EnergyHub, Firm Load Dispatch at 3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | <br><br>Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.<br><br>EnergyHub, Firm Load Dispatch at 5. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
|  | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load.<br><br>We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel.<br><br>EnergyHub, Firm Load Dispatch at 7. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br><br>EnergyHub, Running C&I Programs with EnergyHub at 1.<br><br><br><br>Mercury DERMS fact sheet at 1. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  Mercury DERMS fact sheet at 2. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
|  |  EnergyHub, Running C&I Programs with EnergyHub at 1. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | EnergyHub, BYOT Fact Sheet at 1. |

# Bring Your Own Thermostat®

EnergyHub is the recognized leader in designing, launching, and running Bring Your Own Thermostat® (BYOT) programs. Having pioneered this innovative approach to demand response in 2012, EnergyHub brings more experience, expertise, and technical capability than any other solution provider. Acting as the technical and business link between utilities and connected device providers, EnergyHub enables utility clients to connect to more brands and providers of connected thermostats than any other company.

### Using the Mercury DERMS to manage a successful BYOT program

EnergyHub's Mercury DERMS enables end-to-end management of a BYOT program via a single platform. From enrollment management to DR dispatch and optimization to EM&V, Mercury provides a utility with complete visibility into the deployment and day-to-day operations of their BYOT program:

**What is BYOT?**

Consumers are installing millions of connected thermostats every year. BYOT is an innovative model that converts these devices into utility assets by enrolling customer-owned thermostats in demand-side management programs.

The BYOT model eliminates the need for utilities to source hardware or provide installation services as part of a demand response program while also maximizing customer choice. BYOT demand response programs are less costly to manage than direct install programs, and the BYOT deployment model allows utilities to stand up a full-scale demand response program in a matter of weeks. Alongside myriad utility benefits, EnergyHub-managed BYOT programs consistently yield high customer satisfaction marks.

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | Itron, Getting More Out of Demand Management at 7-8. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[c]. the power control message indicating at least one of an amount of electric power to be reduced and | The power control message (*e.g.*, demand response event message) received by the Accused Products indicates at least one of an amount of electric power to be reduced (*e.g.*, operating instructions for a demand response event).<br><br><br><br>EnergyHub, Homepage at 2-3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| |  EnergyHub, Firm Load Dispatch at 8. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.<br><br><br><br>WITHOUT FIRM LOAD DISPATCH          WITH FIRM LOAD DISPATCH<br><br>EnergyHub, Firm Load Dispatch at 3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load. <br><br> EnergyHub, Firm Load Dispatch at 5. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load.<br><br>We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel.<br><br>EnergyHub, Firm Load Dispatch at 7. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|         | <br><br>EnergyHub, C&I Fact Sheet at 2. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[d]. an identification of at least one controllable device to be instructed to disable the electric power flow to at least one associated power consuming device; | The power control messages (*e.g.*, demand response event messages) identify the particular Accused Product's controllable device to be instructed to disable electric power flow to at least one associated power consuming device (*e.g.*, HVAC units, A/C units, furnaces, boilers, pool pumps, hot water heaters, etc.).<br><br><br><br>**Dispatching FLD demand response events**<br><br>For utilities, creating a Firm Load Dispatch demand response event is straightforward. The utility operator simply logs into the EnergyHub Mercury DRMS and selects the target devices, event start time and duration. Additional options such as pre-cooling, relative and absolute temperature ceilings, and user notifications can be configured as well. (See Fig. 3.)<br><br>**Fig 3.** In the Mercury DRMS, the utility operator can select target devices as well as options such as pre-cooling, temperature ceilings, and user notifications.<br><br>EnergyHub, Firm Load Dispatch at 8. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br>Mercury DERMS fact sheet at 2. |

27

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Find the serial number on an Alarm.com Smart Thermostat<br><br>The serial number of an Alarm.com Smart Thermostat (ADC-T3000 or ADC-T2000) can be found on the box it came packaged in or locally on the thermostat.<br><br>**To find the serial number of an ADC-T3000:**<br>**On the box:**<br><br>The serial number is the 16-digit located below the barcode on the sticker.<br><br><br><br>ADC-T3000 Find the Serial Number at 1. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[e]. the client device issuing a power management command to the at least one controllable device, | The Accused Products' client device, upon receiving the power control message, issues a power management command to the Accused Products' controllable device.  *See* limitation 1[c], above.<br><br>**Terminal designations**<br><br><table><tr><th colspan="2">Conventional system</th></tr><tr><th>Terminal</th><th>Description</th></tr><tr><td>RC</td><td>Cooling power</td></tr><tr><td>RH</td><td>Heating power</td></tr><tr><td>Z1</td><td>Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation)</td></tr><tr><td>Z2</td><td>Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation)</td></tr><tr><td>W</td><td>Heat stage 1</td></tr><tr><td>W2</td><td>Heat stage 2</td></tr><tr><td>C</td><td>Common wire from secondary side of heating transformer (if 2 transformers)</td></tr><tr><td>Y</td><td>Cool stage 1</td></tr><tr><td>Y2</td><td>Cool stage 2</td></tr><tr><td>G</td><td>Fan</td></tr><tr><td>O</td><td>Energized in COOL mode</td></tr><tr><td>B</td><td>Energized in HEAT mode</td></tr></table><br><table><tr><th colspan="2">Heat pump</th></tr><tr><th>Terminal</th><th>Description</th></tr><tr><td>RC</td><td>Cooling power</td></tr><tr><td>RH</td><td>Heating power</td></tr><tr><td>Z1</td><td>Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation)</td></tr><tr><td>Z2</td><td>Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation)</td></tr><tr><td>W</td><td>Aux stage 1</td></tr><tr><td>W2</td><td>Aux stage 2</td></tr><tr><td>C</td><td>Common wire from secondary side of heating transformer (if 2 transformers)</td></tr><tr><td>Y</td><td>Pump stage 1</td></tr><tr><td>Y2</td><td>Pump stage 2</td></tr><tr><td>G</td><td>Fan</td></tr><tr><td>O</td><td>Energized in COOL mode</td></tr><tr><td>B</td><td>Energized in HEAT mode</td></tr></table><br>ADC-T3000 Installation Guide at 7. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | **BROAD HVAC COMPATIBILITY** Works with virtually any conventional 24 V system. Supports multi-staged systems and heat pumps, zoned systems in which each zone has its own thermostat, humidifiers/dehumidifiers, and ventilation systems (HRV, VRV, external air baffle). ADC-T3000 Specification Sheet. **Identifying system type** **Is it a Heat Pump or Conventional (Normal) system?** A heat pump is a standalone unit typically located outside of a home or on the rooftop of a business. Locations may vary. What makes a heat pump unique is that it can provide both heat and cool based on the position of its reversing valve. What makes it difficult to identify is that it looks exactly like an AC unit. Below are some ways to determine if the outdoor unit is a Heat Pump or an AC Unit. **Expected wires for a Conventional (Normal) system** • R or RH/RC – relay to close electrical circuit to control board • Y and Y2 – operates condenser for air conditioning stages • W, W2 – Heating stages • G – operates fan Conventional (normal) systems include: furnace, boiler, steam or hot water radiator, radiant in floor heat. **Expected wires for a heat pump** • R or RH/RC – relay to close electrical circuit to control board • Y and Y2 – operates condenser of Heat Pump systems • W, W2, Aux, E – auxiliary and emergency heating stages • O or B – One required to operate reversing valve (most commonly O). The largest manufacturer of Heat pumps with B wire is Ruud and Rheem, and they are rarely used. • G – operates fan Alarm.com Troubleshooting Guide at 1. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[f]. the power management command causing the at least one controllable device to disable the electric power flow to the at least one associated power consuming device to provide a reduction in consumed power; and | The Accused Products are specifically designed to work with and manage electric power flow to power consuming devices and Alarm.com specifically designed, advertises, and markets the Accused Products for such. The Accused Products' power management commands cause the Accused Products' controllable devices to disable the electric power flow to the at least one associated power consuming device (*e.g.*, heating and cooling HVAC units, furnaces, air conditioners, heat pumps, boilers, etc.) to provide a reduction in consumed power (*e.g.*, load reduction or energy savings).  *See* limitations 1[a] and 1[c], above.  ADC-T3000 Specification Sheet. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|

**Terminal designations**

| Conventional system | |
|---|---|
| Terminal | Description |
| RC | Cooling power |
| RH | Heating power |
| Z1 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| Z2 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| W | Heat stage 1 |
| W2 | Heat stage 2 |
| C | Common wire from secondary side of heating transformer (if 2 transformers) |
| Y | Cool stage 1 |
| Y2 | Cool stage 2 |
| G | Fan |
| O | Energized in COOL mode |
| B | Energized in HEAT mode |

| Heat pump | |
|---|---|
| Terminal | Description |
| RC | Cooling power |
| RH | Heating power |
| Z1 | Configurable W3, H (humidifier contro DH (dehumidifier control), EX (ventilation) |
| Z2 | Configurable W3, H (humidifier contro DH (dehumidifier control), EX (ventilation) |
| W | Aux stage 1 |
| W2 | Aux stage 2 |
| C | Common wire from secondary side of heating transformer (if 2 transformer |
| Y | Pump stage 1 |
| Y2 | Pump stage 2 |
| G | Fan |
| O | Energized in COOL mode |
| B | Energized in HEAT mode |

ADC-T3000 Installation Guide at 7.

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | **BROAD HVAC COMPATIBILITY** <br><br> Works with virtually any conventional 24 V system. Supports multi-staged systems and heat pumps, zoned systems in which each zone has its own thermostat, humidifiers/dehumidifiers, and ventilation systems (HRV, VRV, external air baffle). <br><br> ADC-T3000 Specification Sheet. <br><br><br> **Identifying system type** <br><br> **Is it a Heat Pump or Conventional (Normal) system?** <br> A heat pump is a standalone unit typically located outside of a home or on the rooftop of a business. Locations may vary. What makes a heat pump unique is that it can provide both heat and cool based on the position of its reversing valve. What makes it difficult to identify is that it looks exactly like an AC unit. Below are some ways to determine if the outdoor unit is a Heat Pump or an AC Unit. <br><br> **Expected wires for a Conventional (Normal) system** <br> • R or RH/RC – relay to close electrical circuit to control board <br> • Y and Y2 – operates condenser for air conditioning stages <br> • W, W2 – Heating stages <br> • G – operates fan <br><br> Conventional (normal) systems include: furnace, boiler, steam or hot water radiator, radiant in floor heat. <br><br> **Expected wires for a heat pump** <br> • R or RH/RC – relay to close electrical circuit to control board <br> • Y and Y2 – operates condenser of Heat Pump systems <br> • W, W2, Aux, E – auxiliary and emergency heating stages <br> • O or B – One required to operate reversing valve (most commonly O). The largest manufacturer of Heat pumps with B wire is Ruud and Rheem, and they are rarely used. <br> • G – operates fan <br><br><br> Alarm.com Troubleshooting Guide at 1. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | The RH wire refers to "red heating" which means that this is the connection you need in order to power the heating system of your air conditioning unit. Yes, even your air conditioning unit has a heating system to keep the temperature in balance. While the 'red' term is universally used to signify a live electrical wire, it isn't dangerous, and it doesn't need to be red. In fact, it only utilizes 24 volts which isn't enough to shock you. To add to that, the wire is not always red. There is no standard for the colour of the RH wire, but most units use a red one.

The RC wire, on the other hand, refers to "red cooling". It's the same with the RH wire in that it powers the thermostat. For the RC, it powers the cooling system.

**How Do the RH and the RC Work?**

The thermostat that you see on your air conditioning unit is wired to a furnace. This furnace houses the heating and the cooling systems. To operate those systems, specific wires connect both the thermostat and the heater. This is where you'll see the RH and the RC wires.

Usually, these wires are powered with 24 volts. Even though you won't get any electric shock from operating them, you should always make it a habit to turn off the unit before working or replacing the wires. Some units don't have an RH wire, but instead, they have an R wire. An R wire is similar to either the RC or the RH, so if you don't have an RH wire, the R wire will be in place to control the heating system.

WiredShopper, RH and RC on Thermostat at 2-3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention. <br><br><br><br>EnergyHub, Firm Load Dispatch at 3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
|  | Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.<br><br>EnergyHub, Firm Load Dispatch at 5. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[g]. generating measurement and verification data corresponding to the reduction in consumed power. | The Accused Products and the Alarm.com network platform that operates with the Accused Products both generate measurement and verification data corresponding to the reduction in consumed power. *See* limitation 1[a], above.<br><br><br><br>EnergyHub, Homepage at 2-3. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.<br><br><br>WITHOUT FIRM LOAD DISPATCH            WITH FIRM LOAD DISPATCH<br><br>Firm Load Dispatch acts as a virtual power plant. In the case of HVAC, it coordinates the compressor cycles of a population of air conditioners such that the aggregate load matches a target load curve. Coordination is achieved using advanced machine learning algorithms, which explore the combinatorial space of distributed dispatch strategies to find the optimal one, a task impossible for a human. This optimization is particularly challenging in light of the varying schedule and weather-dependence of each home, as well as the simultaneous dependence of the aggregate load curve on individual cycling patterns.<br><br>EnergyHub, Firm Load Dispatch at 3-4. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | <br><br>Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.<br><br>EnergyHub, Firm Load Dispatch at 5. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load. <br><br> We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel. <br><br> EnergyHub, Firm Load Dispatch at 7. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br><br>EnergyHub, C&I Fact Sheet at 2. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  Fig 4. FLD event in the Mercury DRMS. <br><br> EnergyHub, Firm Load Dispatch at 9. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| |  EnergyHub, Platform Overview at 5-6. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | **EnergyHub thermostats** <br><br> For EnergyHub thermostats, CPS Energy provided Frontier with all the available 15-minute interval AMI meter household level data from June 1st, 2017 to September 30th, 2017. The sample size used for analysis is 457. <br><br> There are two methodologies used to estimate the energy savings from EnergyHub thermostats. The first is the top 3-of-10 baseline method, which is used to estimate kW savings. This methodology can be expressed in the following equation: <br><br> $$kW\ savings = original\ baseline\ kW * adjustment\ factor - event\ kW$$ <br><br> In the equation above: <br><br>      *Original baseline kW*:   For each event, the previous 10 non-event, non-holiday weekdays were ranked based on kW during the event period. The three days with the highest load during the curtailment period were selected and averaged as the original baseline. <br><br>      *Adjustment factor*:      The ratio of event day kW versus average 3 baseline days kW during the 1-hour period starting four hours prior to the event.[46] This ratio was applied to the original baseline kW, intending to make up for variations caused by weather effects and customer operation levels to a certain extent. <br><br>      *Event kW*:       Event day kW during the event time period. <br><br><br> CPS Energy, FY2018 DSM Program Evaluation at 115-116. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br><br>Rappahannock Electric Cooperative, EnergyHub Customer Testimonial, https://info.energyhub.com/rec-testimonial at 2:06-2:11. |

Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com

| Element | Accused Products |
|---------|------------------|
| | ## 2.13.2.   Key Quantities Produced by DR M&V<br><br>Key quantities produced by DR M&V include:<br><br>- The calculated baseline load. This is the estimate of the theoretical load that would otherwise have occurred, or the "but-for" or "no-event load."<br><br>- The calculated reduction, or difference between the calculated baseline load and the observed load. This is the estimated reduction from the theoretical no-event load<br><br>- The financial settlement amounts, that is the payments and penalties based on the calculated reduction.<br><br>NAPDR, Measurement and Verification at 40. |

**Ex. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Alarm.com**

| Element | Accused Products |
|---|---|
|  | **1.4   Demand Response Measurement and Verification (M&V)**<br><br>Measurement and Verification (M&V) refers to the application of appropriate statistical and load research techniques to measure and verify the load reduction impact resulting from the utilization of a Demand Response program.  Simply stated, M&V is a process to quantify, with statistical confidence, the value of a Demand Response load reduction throughout the duration of a Demand Response event. Events may last for one or more hours; the measurement typically quantifies the entire event period, and may also quantify the reduction during the peak hour.  Measurement can be reported in MW, hourly kW, peak kW, etc. and may further be reported in a variety of intervals including 15, 30, 60 minute and total event duration.  Measurement quantifies this load reduction and Verification provides evidence that the reduction is reliable.<br><br><br>Figure 1.3 – M&V Quantifies Load Reduction Value<br><br>AEIC, Demand Response Measurement and Verification at 10. |