# Exhibit 9

**Exhibit No. 9**

**Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com[1]**

Accused products including Alarm.com's smart thermostats having demand response functionality (including the Alarm.com Smart Thermostat; the ADC-T2000; the ADC-T3000; and the Alarm.com Smart Thermostat B36-T10) and/or compatible with Alarm.com's load management software and network platform solutions (including Alarm.com subsidiary EnergyHub's Mercury Distributed Energy Resource Management System ("Mercury")) (the "Accused Products") infringe each element of the Asserted Claims of U.S. Patent No. 8,805,552 (the "'552 Patent"). Further, Alarm.com instructs its customers (including consumers and utilities) regarding the use of the Accused Products to enable the use of the features identified throughout this chart. Alarm.com intends and instructs that its customers use these features in a manner that practices each element of the Asserted Claims. Plaintiff contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

---

[1] This claim chart is based on the information currently available to Plaintiff and is intended to be exemplary in nature. Plaintiff reserves all rights to update and elaborate their infringement positions, including as Plaintiff obtains additional information during the course of discovery.

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[a]. A method for a client device to manage a flow of power within an electric power grid to a plurality of power consuming devices, | The Accused Products are used to manage a flow of power within an electric power grid. The Accused Products manage power flow within an electric power grid, for example by controlling the flow of electric power to power consuming devices (*e.g.*, heating, ventilation, and air conditioning ("HVAC") units, air conditioning ("A/C") units, furnaces, boilers, pool pumps, hot water heaters, etc.) in conjunction with demand response programs for reducing power consumption.<br><br><br><br>EnergyHub, Homepage at 3.[2] |

---

[2] All emphases and annotations have been added unless otherwise noted.

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention. <br><br> <br><br> WITHOUT FIRM LOAD DISPATCH WITH FIRM LOAD DISPATCH <br><br> EnergyHub, Firm Load Dispatch at 3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| |  Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load. <br><br> EnergyHub, Firm Load Dispatch at 5. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load.<br><br>We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel.<br><br>EnergyHub, Firm Load Dispatch at 7. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  EnergyHub, BYOD Thermostats at 5. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | **Building36** AN ALARM.COM COMPANY — **EnergyHub** — **PointCentral** AN ALARM.COM COMPANY |
|  | **WATER AND ENERGY MANAGEMENT** — **UTILITIES & ENERGY SAVINGS** — **MULTIFAMILY AND RENTAL HOUSING** |
|  | Building36 provides advanced technology and connected devices that enable trade companies to efficiently deliver smart home solutions.<br><br>Homeowners gain convenience and peace of mind knowing their smart home helps reduce energy costs, prevent water damage and avoid HVAC system failures. — EnergyHub provides utilities a turn-key solution to manage distributed energy resources (DERs) at the grid edge.<br><br>With the combination of EnergyHub's Mercury DERMS platform and customer-centric services, EnergyHub enables utilities to deploy and manage portfolios of DERs at scale. — PointCentral provides short and long-term residential property managers of single family and multi-family assets with an enterprise-class smart property platform that helps them drive operational efficiency, asset protection and resident amenities. |
|  | Alarm.com and EnergyHub were already working with utilities like San Diego Gas & Electric so the utility can leverage customers in its territory for demand response programs.<br><br>"As we go after larger utility programs, we're now representing a larger, more resourceful entity," said Seth Frader-Thompson, president of EnergyHub.<br><br>EnergyHub will continue to operate as an independent company within Alarm.com.<br><br>"We believe that EnergyHub's Mercury platform provides the best available solution for powering comprehensive residential demand response and energy efficiency programs," Steve Trundle, CEO of Alarm.com, said in a statement.<br><br>The Alarm.com Family 2-4; Alarm.com Acquires EnergyHub for Home Energy Mgt at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | **ENERGY STAR CERTIFIED** **Smart Thermostats** |
|  | Alarm.com - Alarm.com Smart Thermostat : ADC-T3000 |
|  | **Specifications** |
|  | ENERGY STAR Partner: — Alarm.com Incorporated |
|  | Service Brand Name: — Alarm.com |
|  | Service Model Name: — Alarm.com Smart Thermostat |
|  | Service Model Number: — ADC-T3000 |
|  | Thermostat Brand Owner: — Alarm.com |
|  | Thermostat Brand Name: — Alarm.com |
|  | Thermostat Model Name: — Alarm.com Smart Thermostat |
|  | Thermostat Model Number: — ADC-T3000 |
|  | Standby Power (W): — 0.03 |
|  | Thermostat Heating and Cooling Control Features: — Time of Day Usage,Geofencing (User Device Based),Occupancy Sensor on Device,External Temperature Detection,Additional Home Temperature Sensor,Other,Humidity Sensing,Additional Occupancy Sensor |
|  | Thermostat Communication Method: — Z-Wave |
|  | Demand Response Summary: — Demand Response Services are available via Energy Hub |
|  | Date Available on Market: — 2019-04-15 |
|  | Date Certified: — 2019-02-12 |
|  | Markets: — United States, Canada |
|  | ENERGY STAR Certified: — Yes |
|  | ADC-T3000 Energy Star Certified. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | **Which thermostats qualify for the program?** Below is the current list of qualifying thermostats.<br><br>**Provider / Approved Thermostats**<br><br>Alarm.com — Radio Thermostat CT30, CT80, CT100; Trane ComfortLink Control; RCS Z-Wave Communicating Thermostat; GoControl Z-wave Thermostat; Alarm.com Smart Thermostat; 2GIG Z-Wave Plus™ Battery Powered Thermostat; Trane Z-Wave Thermostat; Linear Thermostat<br><br>ecobee — ecobee3, ecobee3 Lite, ecobee4, ecobee Smart<br><br>Emerson — Sensi™ Wi-Fi Programmable Thermostat, Sensi Touch Wi-Fi Thermostat<br><br>Lux — LUX/GEO, LUX KONO<br><br>Nest — Nest Learning Thermostat, Nest Thermostat E<br><br>Radio Thermostat Company of America — Filtrete 3M-50, CT30, CT50, CT80<br><br>Vivint — Radio Thermostat CT100 with Vivint Go!Control Panel<br><br>eSmart Thermostat Program FAQ at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | San Francisco and New York – Sept. 21, 2011 – Radio Thermostat Company of America (RTCoA) and EnergyHub™ Inc. today announced that RTCoA will transition to the advanced EnergyHub Mercury™ smart thermostat service as the native software platform for its line of wireless thermostats. The cloud-based Mercury platform unlocks the power of communicating thermostats by using advanced analytics and engaging user interfaces to optimize performance and increase energy efficiency. Paired with RTCoA wireless thermostats, the platform empowers end users to automate their heating and cooling systems through easy-to-use web and mobile interfaces, helping them save up to 20 percent on their energy bills while providing 24/7 access via any web or mobile connection.<br><br>Press release, EnergyHub Unveils Mercury 3.0 at 1<br><br>. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[b]. the client device being responsive to power control messages issued by a load management server and | The Accused Products include a client device responsive to power control messages (*e.g.*, demand response event messages) from a load management server (*e.g.*, Alarm.com server).<br><br><br><br>EnergyHub, Homepage at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.<br><br>WITHOUT FIRM LOAD DISPATCH        WITH FIRM LOAD DISPATCH<br><br>EnergyHub, Firm Load Dispatch at 3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.<br><br>EnergyHub, Firm Load Dispatch at 5. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load.<br><br>We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel.<br><br>EnergyHub, Firm Load Dispatch at 7. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  EnergyHub, Running C&I Programs with EnergyHub at 1.<br><br>Mercury DERMS fact sheet at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br>Mercury DERMS fact sheet at 2. |

Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com

| Element | Accused Products |
|---|---|
| | EnergyHub, Running C&I Programs with EnergyHub at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[c]. controlling one or more controllable devices that selectively enable and disable a flow of electric power to at least some of the plurality of power consuming devices, the method comprising: | The Accused Products include a client device controlling at least one controllable device that selectively enables and disables electric power flow (*e.g.*, control power flow to HVAC unit according to demand response event specifications) to at least one power consuming device (*e.g.*, HVAC unit, AC unit, furnace, boiler, pool pump, hot water heater, etc.).<br><br><br><br>**Smart Thermostat**<br><br>Our award-winning, ENERGY STAR® certified Smart Thermostat has been updated by our in-house Design Studio to deliver the best in both form and function. With a rich OLED display, advanced diagnostics, and one-touch commands, Alarm.com's most innovative thermostat yet combines even smarter features with a superior design for maximum comfort. Enjoy precision comfort when paired with an Alarm.com Temperature Sensor.<br><br>**FEATURES**<br><br>• Self-configuration for easier installation<br>• Flexible, easy-to-use controls<br>• Proactive detection of common system problems<br>• Humidity control<br><br>ADC-T3000 Specification Sheet. |

18

Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com

| Element | Accused Products |
|---------|------------------|
| | **Listening for clicks**<br><br>When the Alarm.com Smart Thermostat turns a component on or off, a relay closes or opens, and an audible click can be heard. The click can be faint or hard to hear in loud environments.<br><br>To properly listen for clicks, change the thermostat to *off* mode. Change the thermostat to *heat* or *cool* mode and increase (for heat) or decrease (for cool) the target temperature until it is well above (for heat) or below (for cool) the ambient temperature of the room. Verify that you are far enough past that the swing setting is not a factor (i.e., swing is set to .5-degrees by default, so go at least three degrees above the ambient temperature). Shortly after, you should hear the clicks.<br><br>A thermostat clicking means that it is opening or closing relays. If you turn the thermostat to heat or cool modes and set the temperature high or low enough (respectively), and it clicks, it means it is trying to activate the heating or cooling system.<br><br>Alarm.com Troubleshooting Guide at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | **Terminal designations** |

| Conventional system | | Heat pump | |
|---------|-------------|---------|-------------|
| **Terminal** | **Description** | **Terminal** | **Description** |
| RC | Cooling power | RC | Cooling power |
| RH | Heating power | RH | Heating power |
| Z1 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) | Z1 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| Z2 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) | Z2 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| W | Heat stage 1 | W | Aux stage 1 |
| W2 | Heat stage 2 | W2 | Aux stage 2 |
| C | Common wire from secondary side of heating transformer (if 2 transformers) | C | Common wire from secondary side of heating transformer (if 2 transformers) |
| Y | Cool stage 1 | Y | Pump stage 1 |
| Y2 | Cool stage 2 | Y2 | Pump stage 2 |
| G | Fan | G | Fan |
| O | Energized in COOL mode | O | Energized in COOL mode |
| B | Energized in HEAT mode | B | Energized in HEAT mode |

ADC-T3000 Installation Guide at 7.

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | **BROAD HVAC COMPATIBILITY**<br><br>Works with virtually any conventional 24 V system. Supports multi-staged systems and heat pumps, zoned systems in which each zone has its own thermostat, humidifiers/dehumidifiers, and ventilation systems (HRV, VRV, external air baffle).<br><br>ADC-T3000 Specification Sheet.<br><br>**Identifying system type**<br><br>**Is it a Heat Pump or Conventional (Normal) system?**<br>A heat pump is a standalone unit typically located outside of a home or on the rooftop of a business. Locations may vary. What makes a heat pump unique is that it can provide both heat and cool based on the position of its reversing valve. What makes it difficult to identify is that it looks exactly like an AC unit. Below are some ways to determine if the outdoor unit is a Heat Pump or an AC Unit.<br><br>**Expected wires for a Conventional (Normal) system**<br>• R or RH/RC – relay to close electrical circuit to control board<br>• Y and Y2 – operates condenser for air conditioning stages<br>• W, W2 – Heating stages<br>• G – operates fan<br><br>Conventional (normal) systems include: furnace, boiler, steam or hot water radiator, radiant in floor heat.<br><br>**Expected wires for a heat pump**<br>• R or RH/RC – relay to close electrical circuit to control board<br>• Y and Y2 – operates condenser of Heat Pump systems<br>• W, W2, Aux, E – auxiliary and emergency heating stages<br>• O or B – One required to operate reversing valve (most commonly O). The largest manufacturer of Heat Pumps with B wire is Ruud and Rheem, and they are rarely used.<br>• G – operates fan<br><br>Alarm.com Troubleshooting Guide at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | The RH wire refers to "red heating" which means that this is the connection you need in order to power the heating system of your air conditioning unit. Yes, even your air conditioning unit has a heating system to keep the temperature in balance. While the 'red' term is universally used to signify a live electrical wire, it isn't dangerous, and it doesn't need to be red. In fact, it only utilizes 24 volts which isn't enough to shock you. To add to that, the wire is not always red. There is no standard for the colour of the RH wire, but most units use a red one.

The RC wire, on the other hand, refers to "red cooling". It's the same with the RH wire in that it powers the thermostat. For the RC, it powers the cooling system.

**How Do the RH and the RC Work?**

The thermostat that you see on your air conditioning unit is wired to a furnace. This furnace houses the heating and the cooling systems. To operate those systems, specific wires connect both the thermostat and the heater. This is where you'll see the RH and the RC wires.

Usually, these wires are powered with 24 volts. Even though you won't get any electric shock from operating them, you should always make it a habit to turn off the unit before working or replacing the wires. Some units don't have an RH wire, but instead, they have an R wire. An R wire is similar to either the RC or the RH, so if you don't have an RH wire, the R wire will be in place to control the heating system.

WiredShopper, RH and RC on Thermostat at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.  WITHOUT FIRM LOAD DISPATCH  WITH FIRM LOAD DISPATCH   EnergyHub, Firm Load Dispatch at 3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| |  Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.<br><br>EnergyHub, Firm Load Dispatch at 5. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[d]. receiving a power control message from the load management server, | The Accused Products receive power control messages (*e.g.*, demand response event messages) from a load management server (*e.g.*, Alarm.com server). *See* limitations 1[a]-[c], above.  EnergyHub, Homepage at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.  WITHOUT FIRM LOAD DISPATCH    WITH FIRM LOAD DISPATCH  EnergyHub, Firm Load Dispatch at 3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
|  | <br><br>Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.<br><br>EnergyHub, Firm Load Dispatch at 5. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load.<br><br>We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel.<br><br>EnergyHub, Firm Load Dispatch at 7. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  EnergyHub, Running C&I Programs with EnergyHub at 1. Mercury DERMS fact sheet at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|-----------------|
| | <br>Mercury DERMS fact sheet at 2. |

30

Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com

| Element | Accused Products |
|---------|------------------|
|         | EnergyHub, Running C&I Programs with EnergyHub at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[e]. the power control message being responsive to a power control request issued by a control center of the electric utility and | The power control message (*e.g.*, demand response event message) is responsive to a power control request (*e.g.*, demand response event request processed by Alarm.com network platform). *See* limitation 1[d], above.<br><br><br><br>Mercury DERMS fact sheet at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Mercury includes a robust aggregator portal that includes individual and bulk enrollment management options and access to detailed performance data, all in one easy-to-navigate, easy-to-understand platform. |

The Mercury DERMS enables utilities to manage both residential and C&I demand response programs from a single platform. Utility operators can easily toggle between demand response programs and quickly access the data and tools they need to configure and dispatch demand response events.

EnergyHub, Running C&I Programs with EnergyHub at 1.

New York, NY – September 6, 2017 – EnergyHub, the leading provider of connected device and distributed energy resource management systems (DERMS) for utilities, announced today that it had recently released Mercury 3.0, enabling DERMS capabilities in the company's enterprise software solution for utilities.

The upgrade to Mercury allows utilities to connect to and manage every class and size of distributed energy resource (DER) — from the grid-edge to the substation. Utilities can now use Mercury to optimally monitor, manage, and control fleets of DERs in order to maintain grid reliability and deliver grid and customer services.

Press release, EnergyHub Unveils Mercury 3.0 at 1.

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br><br>Press release, EnergyHub Unveils Mercury 3.0 at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[f]. indicating at least one of an amount of electric power to be reduced and | The power control message (*e.g.*, demand response event message) received by the Accused Products indicates at least one of an amount of electric power to be reduced (*e.g.*, operating instructions for a demand response event). *See* limitations 1[d]-[e], above.<br><br><br><br>EnergyHub, Homepage at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | <br><br>EnergyHub, Firm Load Dispatch at 8. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention.<br><br><br>WITHOUT FIRM LOAD DISPATCH          WITH FIRM LOAD DISPATCH<br><br>EnergyHub, Firm Load Dispatch at 3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| |  |

Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.

EnergyHub, Firm Load Dispatch at 5.

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load.<br><br>We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel.<br><br>EnergyHub, Firm Load Dispatch at 7. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br>EnergyHub, C&I Fact Sheet at 2. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[g]. an identification of at least one controllable device to be instructed to enable or disable a flow of electric power to one or more associated power consuming devices; | The power control messages (*e.g.*, demand response event messages) identify the particular Accused Product's controllable device to be instructed to enable or disable a flow of electric power to at least one associated power consuming device (*e.g.*, HVAC unit, A/C unit, furnace, boiler, pool pump, hot water heater, etc.). *See* limitations 1[d]-[f], above.<br><br><br>EnergyHub, Firm Load Dispatch at 8. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  Mercury DERMS fact sheet at 2. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | Find the serial number on an Alarm.com Smart Thermostat<br><br>The serial number of an Alarm.com Smart Thermostat (ADC-T3000 or ADC-T2000) can be found on the box it came packaged in or locally on the thermostat.<br><br>**To find the serial number of an ADC-T3000:**<br>**On the box:**<br><br>The serial number is the 16-digit located below the barcode on the sticker.<br><br><br><br>ADC-T3000 Find the Serial Number at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| 1[h]. responsive to the power control message, issuing a power management command to a controllable device, | The Accused Products, upon receiving the power control message, issue a power management command to a controllable device of the Accused Products. *See* limitations 1[a]-[d], above.<br><br><br><br>**Smart Thermostat**<br><br>Our award-winning, ENERGY STAR® certified Smart Thermostat has been updated by our in-house Design Studio to deliver the best in both form and function. With a rich OLED display, advanced diagnostics, and one-touch commands, Alarm.com's most innovative thermostat yet combines even smarter features with a superior design for maximum comfort. Enjoy precision comfort when paired with an Alarm.com Temperature Sensor.<br><br>**FEATURES**<br>• Self-configuration for easier installation<br>• Flexible, easy-to-use controls<br>• Proactive detection of common system problems<br>• Humidity control<br><br>ADC-T3000 Specification Sheet. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|         | **Terminal designations** |

**Conventional system**

| Terminal | Description |
|----------|-------------|
| RC | Cooling power |
| RH | Heating power |
| Z1 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| Z2 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| W | Heat stage 1 |
| W2 | Heat stage 2 |
| C | Common wire from secondary side of heating transformer (if 2 transformers) |
| Y | Cool stage 1 |
| Y2 | Cool stage 2 |
| G | Fan |
| O | Energized in COOL mode |
| B | Energized in HEAT mode |

**Heat pump**

| Terminal | Description |
|----------|-------------|
| RC | Cooling power |
| RH | Heating power |
| Z1 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| Z2 | Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) |
| W | Aux stage 1 |
| W2 | Aux stage 2 |
| C | Common wire from secondary side of heating transformer (if 2 transformers) |
| Y | Pump stage 1 |
| Y2 | Pump stage 2 |
| G | Fan |
| O | Energized in COOL mode |
| B | Energized in HEAT mode |

ADC-T3000 Installation Guide at 7.

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | **BROAD HVAC COMPATIBILITY**<br><br>Works with virtually any conventional 24 V system. Supports multi-staged systems and heat pumps, zoned systems in which each zone has its own thermostat, humidifiers/dehumidifiers, and ventilation systems (HRV, VRV, external air baffle).<br><br>ADC-T3000 Specification Sheet.<br><br>**Identifying system type**<br><br>**Is it a Heat Pump or Conventional (Normal) system?**<br>A heat pump is a standalone unit typically located outside of a home or on the rooftop of a business. Locations may vary. What makes a heat pump unique is that it can provide both heat and cool based on the position of its reversing valve. What makes it difficult to identify is that it looks exactly like an AC unit. Below are some ways to determine if the outdoor unit is a Heat Pump or an AC Unit.<br><br>**Expected wires for a Conventional (Normal) system**<br>• R or RH/RC – relay to close electrical circuit to control board<br>• Y and Y2 – operates condenser for air conditioning stages<br>• W, W2 – Heating stages<br>• G – operates fan<br><br>Conventional (normal) systems include: furnace, boiler, steam or hot water radiator, radiant in floor heat.<br><br>**Expected wires for a heat pump**<br>• R or RH/RC – relay to close electrical circuit to control board<br>• Y and Y2 – operates condenser of Heat Pump systems<br>• W, W2, Aux, E – auxiliary and emergency heating stages<br>• O or B – One required to operate reversing valve (most commonly O). The largest manufacturer of Heat Pumps with B wire is Ruud and Rheem, and they are rarely used.<br>• G – operates fan<br><br>Alarm.com Troubleshooting Guide at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[i]. the power management command causing the controllable device to disable a flow of electric power to at least one associated power consuming device so as to achieve a reduction in consumed power as requested by the control center; and | The Accused Products' power management commands cause the Accused Products' controllable device to disable a flow of electric power to at least one associated power consuming device (*e.g.*, heating and cooling HVAC units, furnaces, air conditioners, heat pumps, boilers, etc.) to achieve a reduction in consumed power (*e.g.*, load reduction or energy savings). *See* limitations 1[a]-[e] and 1[h], above.<br><br><br><br>## Smart Thermostat<br><br>Our award-winning, ENERGY STAR® certified Smart Thermostat has been updated by our in-house Design Studio to deliver the best in both form and function. With a rich OLED display, advanced diagnostics, and one-touch commands, Alarm.com's most innovative thermostat yet combines even smarter features with a superior design for maximum comfort. Enjoy precision comfort when paired with an Alarm.com Temperature Sensor.<br><br>**FEATURES**<br><br>· Self-configuration for easier installation<br>· Flexible, easy-to-use controls<br>· Proactive detection of common system problems<br>· Humidity control<br><br>ADC-T3000 Specification Sheet. |

Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com

| Element | Accused Products |
|---|---|
|  | **Listening for clicks**<br><br>When the Alarm.com Smart Thermostat turns a component on or off, a relay closes or opens, and an audible click can be heard. The click can be faint or hard to hear in loud environments.<br><br>To properly listen for clicks, change the thermostat to *off* mode. Change the thermostat to *heat* or *cool* mode and increase (for heat) or decrease (for cool) the target temperature until it is well above (for heat) or below (for cool) the ambient temperature of the room. Verify that you are far enough past that the swing setting is not a factor (i.e., swing is set to .5-degrees by default, so go at least three degrees above the ambient temperature). Shortly after, you should hear the clicks.<br><br>A thermostat clicking means that it is opening or closing relays. If you turn the thermostat to heat or cool modes and set the temperature high or low enough (respectively), and it clicks, it means it is trying to activate the heating or cooling system.<br><br>Alarm.com Troubleshooting Guide at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
|  | **Terminal designations** <br><br> **Conventional system** <br><br> | Terminal | Description | <br> RC — Cooling power <br> RH — Heating power <br> Z1 — Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) <br> Z2 — Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) <br> W — Heat stage 1 <br> W2 — Heat stage 2 <br> C — Common wire from secondary side of heating transformer (if 2 transformers) <br> Y — Cool stage 1 <br> Y2 — Cool stage 2 <br> G — Fan <br> O — Energized in COOL mode <br> B — Energized in HEAT mode <br><br> **Heat pump** <br> RC — Cooling power <br> RH — Heating power <br> Z1 — Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) <br> Z2 — Configurable W3, H (humidifier control), DH (dehumidifier control), EX (ventilation) <br> W — Aux stage 1 <br> W2 — Aux stage 2 <br> C — Common wire from secondary side of heating transformer (if 2 transformers) <br> Y — Pump stage 1 <br> Y2 — Pump stage 2 <br> G — Fan <br> O — Energized in COOL mode <br> B — Energized in HEAT mode <br><br> ADC-T3000 Installation Guide at 7. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | **BROAD HVAC COMPATIBILITY**<br><br>Works with virtually any conventional 24 V system. Supports multi-staged systems and heat pumps, zoned systems in which each zone has its own thermostat, humidifiers/dehumidifiers, and ventilation systems (HRV, VRV, external air baffle).<br><br>ADC-T3000 Specification Sheet.<br><br>**Identifying system type**<br><br>**Is it a Heat Pump or Conventional (Normal) system?**<br>A heat pump is a standalone unit typically located outside of a home or on the rooftop of a business. Locations may vary. What makes a heat pump unique is that it can provide both heat and cool based on the position of its reversing valve. What makes it difficult to identify is that it looks exactly like an AC unit. Below are some ways to determine if the outdoor unit is a Heat Pump or an AC Unit.<br><br>**Expected wires for a Conventional (Normal) system**<br>• R or RH/RC – relay to close electrical circuit to control board<br>• Y and Y2 – operates condenser for air conditioning stages<br>• W, W2 – Heating stages<br>• G – operates fan<br><br>Conventional (normal) systems include: furnace, boiler, steam or hot water radiator, radiant in floor heat.<br><br>**Expected wires for a heat pump**<br>• R or RH/RC – relay to close electrical circuit to control board<br>• Y and Y2 – operates condenser of Heat Pump systems<br>• W, W2, Aux, E – auxiliary and emergency heating stages<br>• O or B – One required to operate reversing valve (most commonly O). The largest manufacturer of Heat Pumps with B wire is Ruud and Rheem, and they are rarely used.<br>• G – operates fan<br><br>Alarm.com Troubleshooting Guide at 1. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|  | The RH wire refers to "red heating" which means that this is the connection you need in order to power the heating system of your air conditioning unit. Yes, even your air conditioning unit has a heating system to keep the temperature in balance. While the 'red' term is universally used to signify a live electrical wire, it isn't dangerous, and it doesn't need to be red. In fact, it only utilizes 24 volts which isn't enough to shock you. To add to that, the wire is not always red. There is no standard for the colour of the RH wire, but most units use a red one. |
|  | The RC wire, on the other hand, refers to "red cooling". It's the same with the RH wire in that it powers the thermostat. For the RC, it powers the cooling system. |
|  | **How Do the RH and the RC Work?** |
|  | The thermostat that you see on your air conditioning unit is wired to a furnace. This furnace houses the heating and the cooling systems. To operate those systems, specific wires connect both the thermostat and the heater. This is where you'll see the RH and the RC wires. |
|  | Usually, these wires are powered with 24 volts. Even though you won't get any electric shock from operating them, you should always make it a habit to turn off the unit before working or replacing the wires. Some units don't have an RH wire, but instead, they have an R wire. An R wire is similar to either the RC or the RH, so if you don't have an RH wire, the R wire will be in place to control the heating system. |
|  | WiredShopper, RH and RC on Thermostat at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| 1[j]. based upon the reduction in consumed power, generating at the control center a power supply value (PSV) corresponding to the reduction in consumed power. | The Accused Products and the Alarm.com network platform that operates with the Accused Products both generate a power supply value (PSV) corresponding to the reduction in consumed power. *See* limitation 1[a], above.  EnergyHub, Homepage at 2-3. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | Firm Load Dispatch (FLD) is a data-driven technology for optimizing load control events. FLD achieves a stable target load curve by coordinating the duty cycles of a population of devices through advanced machine learning, thermal modeling, and real-time device communication. The result is a demand response event that behaves like generation, guaranteed to achieve a load reduction target while maintaining the desired load shape. Utilities that put a premium on customer comfort can use FLD to reach more aggressive load shed targets without jeopardizing customer satisfaction and program retention. <br><br>  <br><br> EnergyHub, Firm Load Dispatch at 3. |

53

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  Fig 2. FLD learns each home's thermal storage profile, then predicts and aligns the charge and discharge cyles of the population of homes to achieve a stable target load.<br><br>EnergyHub, Firm Load Dispatch at 5. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | The second firm load challenge is to use this forecasting capability to plan an FLD strategy in advance, dispatching controls so that they reach devices ahead of event execution. The resulting strategy achieves the maximum net population discharge rate that can be maintained throughout the event, up to a prescribed tolerance. This is achieved by coordinating the forecasted compressor cycles of each home through targeted temperature setbacks, so that the sum of the individual loads at any moment remains close to the target population load. <br><br> We employ temperature setbacks to guarantee customer comfort, constrained to a range specified by the utility event dispatcher or device manufacturer (see Fig 3). Achieving a steady, net discharge rate throughout the event depends on the initial level of charge of the population, so if the dispatcher elects, precool controls can be added to the optimization toolkit. This has the effect of pre-charging selected members of the population. Home-specific thermal models ensure precooling will only be dispatched to sites most suitable to take advantage of it, and only when it serves the overall distributed control strategy. As with all aspects of FLD, decisions regarding pre-event and event controls are interdependent, and tackled in parallel. <br><br> EnergyHub, Firm Load Dispatch at 7. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| |  EnergyHub, C&I Fact Sheet at 2. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| |  EnergyHub, Firm Load Dispatch at 9. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---|---|
| | <br><br>EnergyHub, Platform Overview at 5-6. |

58

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
| | **EnergyHub thermostats**<br><br>For EnergyHub thermostats, CPS Energy provided Frontier with all the available 15-minute interval AMI meter household level data from June 1st, 2017 to September 30th, 2017. The sample size used for analysis is 457.<br><br>There are two methodologies used to estimate the energy savings from EnergyHub thermostats. The first is the top 3-of-10 baseline method, which is used to estimate kW savings. This methodology can be expressed in the following equation:<br><br>$$kW\ savings = original\ baseline\ kW * adjustment\ factor - event\ kW$$<br><br>In the equation above:<br><br>*Original baseline kW*:     For each event, the previous 10 non-event, non-holiday weekdays were ranked based on kW during the event period. The three days with the highest load during the curtailment period were selected and averaged as the original baseline.<br><br>*Adjustment factor*:     The ratio of event day kW versus average 3 baseline days kW during the 1-hour period starting four hours prior to the event.[46] This ratio was applied to the original baseline kW, intending to make up for variations caused by weather effects and customer operation levels to a certain extent.<br><br>*Event kW*:     Event day kW during the event time period.<br><br>CPS Energy, FY2018 DSM Program Evaluation at 115-116. |

**Ex. 9 - Claim Chart Showing Infringement of U.S. Pat. No. 8,805,552 by Alarm.com**

| Element | Accused Products |
|---------|------------------|
|         | <br><br>Rappahannock Electric Cooperative, EnergyHub Customer Testimonial, https://info.energyhub.com/rec-testimonial at 2:06-2:11. |