# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CAUSAM ENTERPRISES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ALARM.COM, INC., <br><br> *Defendant*. | No. 6:21-cv-00751-ADA |

## JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Alarm.com Incorporated ("Defendant") and Plaintiff Causam Enterprises, Inc. ("Causam") (together, the "Parties") hereby respectfully move the Court for an order pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure extending time for Defendant to move against or answer Plaintiff's Complaint.

On July 23, 2021, Plaintiff served a summons and a copy of its Complaint on Defendant. Therefore, the date for Defendant to move against or answer the Complaint is currently August 13, 2021.

No previous extensions have been granted. Plaintiff's counsel and Defendant's counsel have conferred and agreed that Defendant should have until September 13, 2021 to move against or answer the Complaint.

The Parties respectfully request that the Court grant this joint motion and enter an order extending the date by which Defendant must move against or answer the Complaint from August 13, 2021 to and including September 13, 2021.

Dated:  July 28, 2021

   /s/ Kelsie A. Docherty
Kelsie A. Docherty (55394622)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Telephone:  (212) 474-1000
Fax:  (212) 474-3700
kdocherty@cravath.com

*Attorney for Defendant Alarm.com Incorporated*

   /s/ Abby L. Parsons
Abby L. Parsons
Texas Bar No. 24094303
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, Texas 77002
Telephone:  (713) 751-3200
Fax:  (713) 751-3290
aparsons@kslaw.com

*Attorney for Plaintiff Causam Enterprises, Inc.*